IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 2 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| DAVID WINNETT; SUSAN JACOBSON BAILEY; JEREMY SCOTT; ASHLEY COMBS, AS NEXT OF FRIEND OF L.S., A MINOR CHILD; JUAN SILVA; SHARON VORHEIER; CANDACE KEEN, AS NEXT OF FRIEND OF E.K., A MINOR CHILD; GEORGE R. KEEN, III, AS NEXT OF FRIEND OF E.K., A MINOR CHILD; ERNEST MOLINA; MELISSA MIKULEC; CANDACE HORTON, INDIVIDUALLY AND AS NEXT OF FRIEND OF PAMELA STEEL; JESSICA WILMORE, INDIVIDUALLY AND AS NEXT OF FRIEND OF J.W.; TEXAS WATCH; NATIONAL MEDICAL MALPRACTICE ADVOCACY ASSOCIATION; AND LOLITA SCOTT, PLAINTIFFS, § § § § § § § § § § § § § § § § § § § § § § | |
| V. § | CAUSE NO. 1:20-CV-01155-LY |
| AUSTIN REGIONAL CLINIC; DONALD KREAG MURPHEY, M.D.; AUSTIN RADIOLOGICAL ASSOCIATION; ARA DIAGNOSTIC IMAGING; DAVID J. SHAW, M.D.; RONALD BAKER KING, J.R., M.D.; JOHN RUSSELL BRENNER, D.O.; STAR ANESTHESIA P.A.; STAR ANESTHESIA, PLLC; STAR ANESTHESIA ASSOCIATES, P.L.L.C.; ALAMO WOMEN'S OBSTETRICS AND GYNECOLOGY, PLLC; HERIBERTO TEJADA, M.D.; YVONNE MANALO, M.D.; HON. DARLENE BYNRE, JUDGE OF THE 126TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS; AND HON. DUSTIN M. HOWELL, JUDGE OF THE 200TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS; DEFENDANTS, § § § § § § § § § § § § § § § § § § § § § § § § | |

|                                           |   |
|-------------------------------------------|---|
| AND,                                      | § |
|                                           | § |
|                                           | § |
| TEXAS HOSPITAL ASSOCIATION;               | § |
| AND KEN PAXTON,                           | § |
| IN HIS OFFICIAL CAPACITY AS THE           | § |
| ATTORNEY GENERAL OF TEXAS,                | § |
|     DEFENDANTS-INTERVENORS.               | § |

## FINAL JUDGMENT

Before the court is the above-styled cause of action. By Findings of Fact and Conclusions of Law rendered this day, the court has concluded that Plaintiffs' complaint shall be dismissed for lack of subject-matter jurisdiction. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants and Defendants-Intervenors are awarded costs.

**IT IS FINALLY ORDERED** that this case is hereby **CLOSED**.

**SIGNED** this _____ of April, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE